## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**DERRICK BROWN**

**Plaintiffs,**

**v.**                                    **C.A. No. 14-732 APM**

**UNITED STATES OF AMERICA,**

**Defendant.**

<u>ORDER APPROVING SETTLEMENT</u>

On this 13th day of January , 2016, the above-referenced matter came on for hearing and approval by the Court as to the reasonableness of a settlement between the United States of America and Petitioner on behalf of Derrick Brown, Incompetent. Petitioner is the duly appointed Guardian of Derrick Brown, Incompetent. Petitioner appears in person and through counsel of record. Defendant United States of America appeared through its attorney of record.

The complete and precise terms and conditions of the settlement are set forth in the Stipulation For Compromise Settlement And Release Of Federal Tort Claims Act Claims Pursuant To 28 U.S.C. § 2677 (hereinafter "Stipulation"), attached as Exhibit "A." The Court has reviewed the Stipulation, taken testimony, and heard arguments in favor of this settlement. The Court is fully informed of the specifics of the full and final terms and conditions of the settlement, including the necessity of the approval by the Attorney General of the United States. The Court finds that the terms and conditions of this settlement, as set forth in the Stipulation, are fair, reasonable, and in the best interests of Derrick Brown, Incompetent.

Order Approving Settlement

1

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the settlement, as set forth in Exhibit A, is hereby approved.  IT IS FURTHER ORDERED that Patricia Brown, as guardian of Derrick Brown, Incompetent, is authorized and required to sign the Stipulation and any other documents that are necessary to consummate this settlement on behalf of Derrick Brown, Incompetent.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the settlement amount of **Two Million Five Hundred Thousand Dollars ($2,500,000.00)** (hereinafter "Settlement Amount") shall be distributed according to the terms and conditions of the Stipulation. With respect to the settlement check that will be made payable to the named plaintiffs pursuant to Paragraph 3 of the Stipulation, the Court hereby Orders the Plaintiff to endorse that check over to his attorney to be deposited into the attorney's client trust account to be used to pay the attorney's fees, costs, and expenses herein approved and to pay any lien or claim for reimbursement.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that attorney's fees in this action shall not exceed twenty-five percent (25%) of the Settlement Amount and shall be paid as provided in the Stipulation. The Court finds that plaintiff is legally responsible for any and all past, present, and future liens or claims for payment or reimbursement, including any liens or claims for payment or reimbursement by Medicaid, Medicare, or healthcare providers.  The Court hereby Orders plaintiff, by and through his attorney, to satisfy or resolve any and all such past, present, and future liens or claims for payment or reimbursement asserted by any individual or entity, including Medicaid and Medicare, arising from the subject matter of this action. The Court further Orders that plaintiff, by and through his attorney, shall provide to the United States

Order Approving Settlement

the information required by the Stipulation regarding the satisfaction or resolution of such liens or claims for payment or reimbursement within the time specified in said Stipulation.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiff, upon final execution of the Stipulation and upon receiving notice from the United States Attorney's Office for the District of Columbia that it has received the check for the Settlement Check set forth in Paragraph 3 of the Stipulation, shall cause their attorney to file with this Court a dismissal of this action in its entirety with prejudice, with each party bearing its own costs, expenses, and fees. Upon the filing of such dismissal, the United States Attorney's Office for the District of Columbia shall transmit to plaintiff's attorney said Settlement Check. Subject to the terms and conditions set forth in Paragraph 3 of the Stipulation, plaintiff's attorney shall distribute said settlement amount to the plaintiff after paying or resolving any currently known lien or claim for reimbursement or payment for which plaintiff has agreed to be legally responsible under the terms of the Stipulation.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court shall not retain jurisdiction over the action against the United States or the settlement.

THE HONORABLE AHMET P. MEHTA
UNITED STATES DISTRICT JUDGE

Dated this 13th day of _____January_____, 2016.

Order Approving Settlement

3

APPROVED AS TO FORM AND CONTENT:

> CHANNING D. PHILLIPS, D.C. Bar #415783
> United States Attorney
>
> DANIEL F. VAN HORN, D.C. Bar #924092
> Chief, Civil Division

By:  _____

> ALEXANDER D. SHOAIBI, D.C. Bar #423587
> Assistant United States Attorney
> 555 4th St., N.W.
> Room E4218
> Washington, D.C. 20530
> (202) 252-2511
> alexander.d.shoaibi@usdoj.gov
>
> Attorney for Defendant,
> United States of America

ASHCRAFT & GEREL, LLP.

By:  _____

> L. Palmer Foret, #260356
> Suite 1002
> One Central Plaza
> 11300 Rockville Pike
> Rockville, MD 20852
> (301) 770-3737
> (301) 881-6132
> lpforet@ashcraftlaw.com

By:  _____

> Wayne M. Mansulla, #215103
> 4900 Seminary Road
> Suite 650
> Alexandria, VA 22311
> (703) 931-5500
> mansulla@aol.com
>
> Attorney for Plaintiff,
> Derrick Brown, Incompetent

Order Approving Settlement

Order Approving Settlement