# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DERRICK BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 14-732-APM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through counsel, having reached a settlement agreement, jointly stipulate and agree to the dismissal of the above-captioned action with prejudice, without an award of costs, expenses or fees to either party, and without the Court retaining jurisdiction over the above-captioned action.

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar # 415783
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:  /s/
ALEXANDER D. SHOAIBI, D.C. Bar #423587
Assistant United States Attorney
555 4th St., N.W.
Room E4206
Washington, D.C. 20530
(202) 252-2511
alexander.d.shoaibi@usdoj.gov

Counsel for Defendant

ASHCRAFT & GEREL, LLP.


By: /s/ L. Palmer Foret
    L. Palmer Foret, #260356
    Suite 1002
    Once Central Plaza
    11300 Rockville Pike
    Rockville, MD 20852
    (301) 770-3737
    (301) 881-6132
    lpforet@ashcraftlaw.com


By: /s/ Wayne M. Mansulla
    Wayne M. Mansulla, #215103
    4900 Seminary Road
    Suite 650
    Alexandria, VA 22311
    (703) 931-5500
    mansulla@aol.com

    Counsel for Plaintiff